IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:22-cv-00210-FDW-DSC

| | |
|---|---|
| LOU ANN JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> ELIOR, INC. d/b/a ELIOR NORTH AMERICA, <br><br> Defendant. | **REPORT OF SETTLEMENT** |

This matter is presently scheduled for trial on January 22, 2024. The parties, through counsel, hereby report to the Court that this case has been resolved in its entirety and there is nothing left to be heard. The parties represent to the Court and agree that they will prepare and present a Joint Stipulation of Dismissal With Prejudice of all claims and defenses asserted in the case no later than December 15, 2023.

This the 14th day of November 2023.

/s/ **T. JONATHAN ADAMS**
NC STATE BAR NO. 21890
STRIANESE HUCKERT, LLP
3501 Monroe Road
Charlotte, North Carolina 28204
Phone: (704) 966-2106
Jadams@strilaw.com
*Attorney for Plaintiff*

/s/ **KATHLEEN K. LUCCHESI**
NC State Bar No. 24386
JACKSON LEWIS P.C.
NC State Bar No.
200 S. College St., Ste. 1550
Charlotte, North Carolina 28202
Phone: (980) 465-7245
Kathleen.lucchesi@jacksonlewis.com

**KELLY A. WALKER**
NC State Bar No. 49535
JACKSON LEWIS P.C.
200 S. College St., Ste. 1550
Charlotte, North Carolina 28202
Phone: (980) 465-7254
kelly.walker@jacksonlewis.com
*Attorneys for Defendant*